UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUCILLE FERNANDEZ,

    Plaintiff,

                                  CASE NO.: 2:15-CV-00771-UA-MRM

v.

G4S SECURE SOLUTIONS (USA), INC,

    Defendant.
                                         /

## NOTICE OF SETTLEMENT

Plaintiff, LUCILLE FERNANDEZ, by and through her undersigned counsel, hereby notifies this Court that the Parties have reached a settlement in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice, and anticipate filing same with the Court within the next fourteen (14) days.

Dated this 10th day of February, 2017.

                                                Respectfully submitted,

                                                RICHARD CELLER LEGAL, P.A.
                                                7450 Griffin Road, Suite 230
                                                Davie, Florida 33314
                                                Telephone: (866) 344-9243
                                                Fax: 954-337-2771
                                                E-Mail: noah@floridaovertimelawyer.com

                                                **/s Noah E. Storch**
                                                Noah E. Storch, Esq.
                                                Florida Bar No.0085476

                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

**/s Noah E. Storch**
Noah E. Storch, Esq.